UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

      - against -

WHALEBONE PROJECT, LLC, and GILMAN MANAGEMENT CORP.,

                  Defendants.

**ORDER**

22 Civ. 7541 (ER)

Ramos, D.J.:

    Graciela Doncouse brought this action against Whalebone Project and Gilman Management on August 5, 2022, pursuant to the Americans with Disabilities Act. Doc. 1. On September 21, 2022, Whalebone Project and Gilman were served; their answers were due by October 12, 2022. Docs. 5, 6. As of the date of this order, neither Whalebone Project nor Gilman Management have answered or appeared.

    Doncouse is therefore directed to file a status report with the Court no later than January 31, 2023. Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:    January 24, 2023
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.